

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1038-14

**RYAN WALLACE, Appellant**

**v.**

**THE STATE OF TEXAS**

### ORDER PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE RULE 9.10

*Per curiam.*

## <u>ORDER</u>

This cause is before this Court on Appellant's Petition for Discretionary Review from trial court case number F10-7311-R in the 265th District Court of Dallas County.

The Clerk of this Court has discovered sensitive data in the record, namely: the name of the complainant who was a minor at the time the offense was committed and an individual's personal identification number. TEX. R. APP. P. 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to redact or seal the discovered

sensitive data from the records identified and listed below. The Court further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal the documents pursuant to this order:

1. Clerk's Record

2. Reporter's Record

3. Appellant's Brief on Appeal

4. Appellant's Pro Se Petition for Discretionary Review

Filed: April 6, 2015

Do not publish